# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Tracey O'Neal  Case No. 09-75231
 Chapter 7
 Debtor.  Honorable Walter Shapero
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 31.39 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Infibank - One Card<br>Cardmember Services<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | 11 | $31.39 |

Dated: February 10, 2011  /s/ Charles J. Taunt_____.
 Charles J. Taunt, Trustee (P24589)
 700 East Maple, 2nd Floor
 Birmingham, MI 48009-6359
 (248) 644-7800
 Teetaunt@tauntlaw.com
 P24589